OF GRANDSTAFF, ET AL. C. A. 5th Cir. Certiorari denied.

No. 85–6886. JACKSON v. OHIO. Sup. Ct. Ohio. Certiorari denied.

No. 85–7052. WHITE v. ARN, SUPERINTENDENT, OHIO RE-FORMATORY FOR WOMEN. C. A. 6th Cir. Certiorari denied.

No. 86–554. STEWART ET AL. v. NEW PRAIRIE CLASSROOM TEACHERS ASSN. Ct. App. Ind. Certiorari denied.

No. 86–828. SOUTHWESTERN SHEET METAL WORKS, INC. v. SEMCO MANUFACTURING, INC. C. A. 5th Cir. Certiorari denied.

No. 86–878. HOBSON v. CONNECTICUT. App. Ct. Conn. Certiorari denied.

No. 86–880. HUMPHREY ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–909. JACKSON ET AL. v. PEOPLE'S REPUBLIC OF CHINA. C. A. 11th Cir. Certiorari denied.

No. 86–926. ELING ET AL. v. JONES, MINNESOTA CHIEF PUB-LIC DEFENDER. C. A. 8th Cir. Certiorari denied.

No. 86–979. DORSEY ET AL. v. HOWARD. C. A. 11th Cir. Certiorari denied.

No. 86–989. WARD, POLICE COMMISSIONER OF THE CITY OF NEW YORK, ET AL. v. OLIVIERI ET AL.; and
No. 86–1177. OLIVIERI ET AL. v. WARD, POLICE COMMIS-SIONER OF THE CITY OF NEW YORK, ET AL. C. A. 2d Cir. Cer-tiorari denied.

No. 86–991. COOMBS, NATURAL MOTHER OF CHRISTOPHER J. v. MAINE DEPARTMENT OF HUMAN SERVICES. Sup. Jud. Ct. Me. Certiorari denied.

No. 86–998. JAPAN AIR LINES CO., LTD., ET AL. v. DOLE, SECRETARY OF TRANSPORTATION. C. A. D. C. Cir. Certiorari